IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: Jacqueline Holliman

CASE NO: 6:20-bk-70380 R
Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on August 17, 2023, Docket Entry [140], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of August 17, 2023.

IT IS SO ORDERED.

Date: 10/11/2023

/s/  Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

The Honey Law Firm
P O Box 1254
Hot Springs, AR  71902

Jacqueline Holliman
1016 Clinton St
Arkadelphia, AR  71923

All Creditors

LK     /195